```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiff, <br><br> vs. <br><br> MELLO'S SHEET METAL, INC., etc. <br><br> Defendant. | NO. C 05 4817 JCS <br><br> ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

　　　　IT IS ORDERED that the Case Management Conference in this case originally set for March 24, 2006, be continued to June 2, 2006 at 1:30 p.m. in Courtroom A, 15th Floor, San Francisco, CA.

Dated: <u>March 16, 2006</u>　　　　_____
　　　　　　　　　　　　　　　　　　Mag. Judge Joseph C. Spero

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE　　　　1