```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone: (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MELLO'S SHEET METAL, INC., a California corporation<br><br>　　　　Defendant. | NO. C 05 4817 JCS<br><br>ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

IT IS ORDERED that the Case Management Conference in this case originally set for June 2, 2006 be continued to July ~~7~~ 21, 2006 at 1:30 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: May 26, 2006                          _____
                                             Magistrate Judge Joseph C. Spero

IT IS SO ORDERED
Judge Joseph C. Spero

<u>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE</u>　　　　1