ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Sansome Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MELLO'S SHEET METAL, INC., etc. <br><br> Defendants. | NO. C 05 4817 JCS <br><br> STIPULATION FOR DISMISSAL; ORDER |

The defendant in this action has filed a Chapter 7 bankruptcy and an automatic stay is in place.

It is stipulated that the above entitled action be dismissed.

Dated: October 11, 2006        ERSKINE & TULLEY

                               By: _____
                                   Michael J. Carroll
                                   Attorneys for Plaintiffs

Dated: October 11, 2006        Anderson, Bonnifield & Cottle

                               By: _____
                                   Cary D. McReynolds
                                   Attorney for Defendants

STIPULATION FOR DISMISSAL; ORDER
1

|    |                                  |
|----|----------------------------------|
| 1  |                          **O R D E R** |
| 2  |     It is so ordered.            |
| 3  | Dated: _October 18, 2006_____ |
| 4  |                          Magistrate _____ Spero |

*(Signature of Judge Joseph C. Spero with seal of United States District Court, Northern District of California)*

STIPULATION FOR DISMISSAL; ORDER
2